UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:22cr227 (SVN) |
| v. | VIOLATION:<br>18 U.S.C. § 1347 |
| MICHAEL LONSKI | (Health Care Fraud) |

INFORMATION

The United States Attorney charges:

COUNT ONE
(Health Care Fraud)

United States District Court
District of Connecticut
FILED AT   HARTFORD
12/12 _____ 2022
Dinah Milton Kinney, Clerk
By_____
Deputy Clerk

Background

1. At all relevant times, the defendant, MICHAEL LONSKI ("LONSKI"), was licensed by the State of Connecticut to practice medicine as a psychologist. LONSKI ran a practice out of his home office in Old Greenwich, Connecticut, along with another individual whose identity is known to the United States Attorney ("Individual 1"), also a practicing psychologist licensed in the State of Connecticut.

2. The Connecticut Medicaid program ("Medicaid") was a health care benefit program, jointly funded by the State of Connecticut and the federal government, providing benefits to eligible lower-income individuals. The Medicare program ("Medicare") was a federal health care program providing benefits to persons who are over the age of 65 or disabled. Medicaid and Medicare were each a "health care benefit program" as defined by Title 18, United States Code, Section 24(b).

3. LONSKI and Individual 1 were providers for Medicaid, Medicare, and other health care benefit programs, including several private health insurance companies, including Anthem

Blue Cross and Blue Shield ("Anthem"), Cigna, Aetna, and UnitedHealthcare ("UHC"), each of which have operations in Connecticut. As providers, LONSKI and Individual 1 filed claims for reimbursement for services provided to beneficiaries. Those claims detailed the beneficiary's name, services that were performed, the date the services were provided, the cost of the services, and the provider's name and identification number. LONSKI submitted reimbursement claims alleging that he and Individual 1 provided services at their home office and at various skilled nursing facilities in Connecticut to beneficiaries of Medicaid, Medicare, and other health care benefit programs.

<u>LONSKI's Scheme to Defraud Medicaid, Medicare, and Private Health Insurers</u>

4.      Between in or around March of 2014 and continuing until on or about February 5, 2020, in the District of Connecticut and elsewhere, LONSKI knowingly and willfully executed and attempted to execute a scheme and artifice to defraud Medicaid and Medicare, and other health care benefit programs as defined under Title 18, United States Code, Section 24(b), and to obtain money and property owned by and under the custody and control of those programs by means of materially false and fraudulent pretenses, representations, and promises in connection with the delivery of and payment for health care benefits, items, and services; that is, LONSKI submitted and caused to be submitted to Medicaid, Medicare, and other health care benefit programs, including Anthem, Aetna, Cigna, and UHC, materially false claims for psychotherapy representing that LONSKI and Individual 1 personally provided services, when as LONSKI well and truly knew, neither he nor Individual 1 had in fact performed the claimed services.

<u>Manner and Means</u>

5.      In furtherance of the above scheme and artifice to defraud, LONSKI committed the following acts:

6.  LONSKI was listed as the contact person and his email was listed as the contact email for provider applications submitted on his behalf and on behalf of Individual 1 to Medicare, Medicaid, and other health care benefit programs.

7.  LONSKI submitted claims for service to Medicare, Medicaid, and other health care benefit programs, including Anthem, Aetna, Cigna, and UHC, alleging that he and Individual 1 provided services to beneficiaries at their home office and at skilled nursing facilities, knowing that the claimed services were not actually provided.

8.  For example, LONSKI billed for services provided to patients who were deceased, for dates of service when he and Individual 1 were out of the country, and for dates of service when he was hospitalized. These billing practices resulted in payments by health care benefit programs to LONSKI and Individual 1 to which they were not entitled.

## Execution of the Scheme

9.  On or about September 20, 2018, in the District of Connecticut, in order to execute the scheme and artifice to defraud, LONSKI submitted and caused to be submitted a materially false claim for psychotherapy to Medicaid representing that he personally provided psychotherapy to a patient with initials P.B. on September 8, 2018, when, as LONSKI well knew, he had not performed those psychotherapy services on the claimed date of service because he was hospitalized on that date.

All in violation of Title 18, United States Code, Section 1347.

UNITED STATES OF AMERICA

_____
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

_____
SUSAN L. WINES
ASSISTANT UNITED STATES ATTORNEY